**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

v.

ADAM STREGE,

**CASE NO.** 3:19-MJ-1000 (SCC)

USM # 52566-069

JUDGMENT OF DISMISSAL

Defendant_____ADAM STREGE,_____ has been charged with the offense(s) of:

18:844(e) Maliciously conveying false information concerning bomb threat in interstate commerce.

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[✓] The Court has granted the motion of the government for dismissal with prejudice,        , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ] The Court has dismissed the charges without prejudice,      for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on August 14, 2020.

S/ Silvia Carreno-Coll
_____
United States District Judge

DPR Forms. Rev. Feb. 2016